**Opinion issued June 19, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00419-CV**

———————————

## IN RE AZHAR M. CHAUDHARY, Relator

———————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————

## MEMORANDUM OPINION

Relator Azhar M. Chaudhary has filed a petition for writ of mandamus, complaining of a May 19, 2025 order that precludes his expert witnesses from testifying.[1]

---

[1] The underlying case is *Azhar M. Chaudhary v. George M. Lee*, cause number 19-DVC-262281, pending in the 458th District Court of Fort Bend County, the Honorable Maggie Perez-Jaramillo presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.